SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
RIGOBERTO LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LOPEZ,<br><br>       Plaintiff,<br><br>   vs.<br><br>FARDIN DADVAND D/B/A PHARMACY 2000; FEDERAL ASSOCIATES, LLC; and DOES 1 to 10,<br><br>       Defendants. | **Case No.: 2:26-cv-00798-RGK-Ex**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff RIGOBERTO LOPEZ ("Plaintiff") and Defendant FARDIN DADVAND D/B/A PHARMACY 2000 stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

NOTICE OF SETTLEMENT OF ENTIRE CASE

Respectfully submitted,

DATED:  March 12, 2026    SO. CAL. EQUAL ACCESS GROUP

By:    */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED:  March 12, 2026

By:    */s/ Fardin Dadvand*
FARDIN DADVAND
D/B/A PHARMACY 2000, Defendant

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 12, 2026    By: */s/ Jason J. Kim*
Jason J. Kim

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE