No JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FARDIN DADVAND D/B/A PHARMACY 2000; FEDERAL ASSOCIATES, LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:26-cv-00798-RGK-Ex**<br>Assigned to Hon. R. Gary Klausner<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF DEFENDANT FARDIN DADVAND D/B/A PHARMACY 2000 WITH PREJUDICE**<br><br>**[20]** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the action be dismissed with Prejudice for Defendant Fardin Dadvand d/b/a Pharmacy 2000 only.

SO ORDERED.

DATED: 3/16/2026

_____
R. Gary Klausner,
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL